IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY QUINN DAVIS,
    Plaintiff,

vs.                                          Case No. 3:07cv167/MCR/MD

UNITED STATES OF AMERICA, et al.
    Defendants.

## **REPORT AND RECOMMENDATION**

    Plaintiff, appearing pro se, filed a complaint on a civil rights complaint form to be used in actions under 28 U.S.C. § 1331 or 1346 or 42 U.S.C. § 1983.  Plaintiff neither paid the $350.00 filing fee nor filed a motion for leave to proceed *in forma pauperis*.  On April 18, 2007, this court entered an order advising plaintiff that his case could not proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion.  Because plaintiff had not provided the clerk with a mailing address, the forms could not be mailed to him.  Plaintiff had indicated on his complaint that he would pick up "mail" (presumably copies of court orders) at United States District Court.  Although the court order was held for him in the clerk's office, the court has been advised that plaintiff has not returned since he filed the initial complaint on April 16, 2007.

    Accordingly, it is respectfully RECOMMENDED:

    That this cause be **DISMISSED** for plaintiff's failure to prosecute this action.

    At Pensacola, Florida, this 21st day of May, 2007.

                                              /s/ *Miles Davis*
                                              **MILES DAVIS**
                                              **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:07cv167/MCR/MD*